## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CR308 |
| | ) | |
| vs. | ) | |
| | ) | |
| ROEL LEMUS GARCIA and DIANA GUZMAN | ) | ORDER |
| | ) | |
| | ) | |
| Defendant.. | | |

This matter is before the court on Defendant Guzman's unopposed Motion To Continue Trial [41]. Counsel is seeking additional time to negotiate a plea with the government.  Defendant has complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the unopposed Motion to Continue Trial [41] is granted as follows:

1.   The jury trial, **as to both defendants**, now set for April 4, 2017 is continued to **May 23, 2017 .**

2.   The defendant has filed the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3.   In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 23, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED March 29, 2017.**

**BY THE COURT:**

**s/ F.A. Gossett III**
**United States Magistrate Judge**